## ATTACHMENT A

## DESCRIPTION OF PROPERTY TO BE SEARCHED

A 2017 Ford Transit 250 van, light in color, bearing Michigan registration DWD8264, VIN: 1FTYR1ZM6HKA04347, registered to Chantelle Marie Lang, currently believed to be located in Marquette County, Michigan.



