## ATTACHMENT B

## PROPERTY TO BE SEIZED

Items that constitute evidence, related to violations of federal law, specifically Title 18 U.S.C. § 1111(a) and (b), including but not limited to:

1. Weapons.
2. Trace/Fiber material.
3. Biological material.
4. Any and all types of clothing.
5. Materials used to make a fire, including but not limited to, gasoline, accelerants, combustible material, flammable liquids and their containers, lighters or other sources of ignition.
6. Any materials showing plans for or premeditation.
7. Any and all evidence of the presence of Loos and Bressette in and around the vehicle