## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:20-mj-60 | 11/4/2020 9am | Vehicle |

Inventory made in the presence of:
Lisa Orrvek

Inventory of the property taken and name(s) of any person(s) seized:

See attached

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/4/2020

_____
Executing officer's signature

John Fortunato, SA, FBI
Printed name and title

FS-37v (04/2020)
MICHIGAN STATE POLICE
Forensic Science Division



| *Lab Number: MQ20-950 smh | Page 8 of 13 |
|---|---|

### Evidence Collected

| *Item # | *Description & Location | *Date | *Collected by | *Lab Analysis |
|---|---|---|---|---|
| LV-1 | Swab of stain on exterior back bumper | 11-4-20 | CH | Bio |
| LV-2 | Swab of stain on exterior back bumper | | CH | Bio |
| LV-3 | swab of stain on exterior back door | | CH | Bio |
| LV-4 | swab of steering wheel | | LO | Bio |
| LL-1 | Latent lift drivers side door - exterior | | JH | LP |
| LV-5 | 1-cig. butt from under driver seat | | smh CH LO | Bio |
| LV-6 | 7-cig butt from driver's door | | smh CH LO | Bio |
| LV-7 | Swab from driver's side vent of stain | | LO | Bio |
| LV-8 | Swab from passenger seat stain | | LO | Bio |
| LV-9 | cig butt from pass. door | | CH | Bio |
| LV-10 | cig butt from pass. dash pocket | | CH | Bio |
| LV-11 | cig. pack from between Driver + pass seat | | CH | LP |
| LV-12 | cig butt from center cup holder | | CH | Bio |
| LV-13 | Swab from stain on right rear inside door | | LO | Bio |
| LV-14 | Possible fibers on tape on hose | | CH | Trace |
| LV-15 | swabs of stain on lid in back | | CH | Bio |
| LV-16 | cig butt from front middle floor | | CH | Bio |

### Disposition of Evidence (only needed on last page if multiple pages of evidence tables)

☐ No analysis ☐ All evidence ☐ Not all, mark no analysis evidence with "N/A" above
☐ Transfer at scene ☐ All evidence ☐ Not all, mark transferred evidence with "TOT" above

Date/Time evidence transfer:

| Person transferring evidence: | Signature: |
|---|---|
| Person receiving evidence: | Signature: |

**CRIME SCENE RESPONSE TEAM**
**Vehicle Processing**

FS-37v (04/2020)
MICHIGAN STATE POLICE
Forensic Science Division



| *Item # | *Description & Location | *Date | *Collected by | *Lab Analysis |
|---|---|---|---|---|
| LV-17 | Thumb drive of EQ print photos | 11-4-20 | LO | LP |
| LV-18 | Thumb drive of EQ tire photos | | LO | Trace |
| LV-19 | Handprints of tires | | JMH | Trace |
| LV-20 | 4- Tape lifts of driver seat | (JMH) 11-6-20 | CH | Trace |
| LL-2 | Latent lift rear Interior (JMH) door panel | 11-6-20 | JMH | LP |
| LV-21 | Swab from left rear door stain CMH | 11-6-20 | CMH | Bio |
| LV-22 | 4- tire track impressions | 11-6-20 | JMH | Trace |

*Lab Number: MQ20-950 JMH    Page 9 of 13

**Disposition of Evidence** (only needed on last page if multiple pages of evidence tables)

☐ No analysis  ☐ All evidence  ☐ Not all, mark no analysis evidence with "N/A" above
☐ Transfer at scene  ☐ All evidence  ☐ Not all, mark transferred evidence with "TOT" above

Date/Time evidence transfer:
Person transferring evidence:        Signature:
Person receiving evidence:           Signature:

**CRIME SCENE RESPONSE TEAM**
**Vehicle Processing**